Dawn M. McCraw (OSB #192645)
E: dawn@pricelawgroup.com
Price Law Group, APC
8245 N. 85th Way
Scottsdale, AZ 85258
T: (818) 600-5585
F: (818) 600-5485
*Attorneys for Plaintiff,*
*Andra Kinzer*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**(PENDLETON DIVISION)**

| | |
|---|---|
| ANDRA KINZER,<br><br>        Plaintiff,<br><br>    v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>        Defendant. | Case No.:  2:20-cv-02252-SU<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that Plaintiff Andra Kinzer and Defendant Capital One Bank (USA), N.A. ("Capital One") have settled all claims between them.  The parties are in the process of completing the final settlement documents and a Motion to Dismiss is expected to be filed within sixty (60) days of today.  Plaintiff requests that the Court vacate all pending deadlines in this matter.  Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

- 2 -

Respectfully submitted this 15th day of March 2021.

*/s/ Dawn M. McCraw*
Dawn M. McCraw,
(OSB #192645)
Price Law Group, APC
8245 N. 85th Way
Scottsdale, AZ 85258
T: (818) 600-5585
F: (818) 600-5485
E: dawn@pricelawgroup.com
*Attorneys for Plaintiff,*
*Andra Kinzer*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

PRICE LAW GROUP, APC

*/s/ Brianna Frohman*