Dawn M. McCraw (OSB #192645)
E: dawn@pricelawgroup.com
Price Law Group, APC
8245 N. 85th Way
Scottsdale, AZ 85258
T: (818) 600-5585
F: (818) 600-5485
*Attorneys for Plaintiff*
*Andra Kinzer*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## (PENDLETON DIVISION)

| | |
|---|---|
| ANDRA KINZER,<br><br>          Plaintiff,<br><br>     v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>          Defendant. | Case No.:  2:20-cv-02252-SU<br><br>**STIPULATED MOTION FOR DISMISSAL OF DEFENDANT CAPITAL ONE BANK (USA), N.A. WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Andra Kinzer and

Defendant Capital One Bank (USA), N.A. ("Capital One"), by and through undersigned

counsel, hereby stipulate that this action and all claims and defenses asserted therein be

dismissed with prejudice as to Defendant Capital One. The parties shall bear their own

attorneys' fees and costs. There are no remaining defendants in this matter.

Respectfully submitted this 24th day of March 2021.

- 1 -

STIPULATED MOTION
FOR DISMISSAL

*/s/ Dawn M. McCraw*
Dawn M. McCraw,
(OSB #192645)
Price Law Group, APC
8245 N. 85th Way
Scottsdale, AZ 85258
T: (818) 600-5585
F: (818) 600-5485
E: dawn@pricelawgroup.com
*Attorneys for Plaintiff,*
*Andra Kinzer*


*/s/ Jennifer A. Nelson*
Jennifer A. Nelson, OSB No. 034086
jennifer.nelson@ogletree.com
Ogletree, Deakins, Nash, Smoak &
Stewart, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500
Portland, OR  97201
Telephone: 503-552-2140
Fax: 503-224-4518

Kiira M. Weber
(seeking admission *pro hac vice*)
weberk@ballardspahr.com
Ballard Spahr LLP
101 South Reid Street, Suite 302
Sioux Falls, SD 57103-7030
Telephone: 605-978-5252
Fax: 605-978-5225

Attorneys for Defendant
CAPITAL ONE BANK (USA), N.A.

- 2 -

STIPULATED MOTION
FOR DISMISSAL

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 24, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

PRICE LAW GROUP, APC

*/s/ Brianna Frohman*

STIPULATED MOTION
FOR DISMISSAL