# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# (PENDLETON DIVISION)

| | |
|---|---|
| ANDRA KINZER,<br><br>        Plaintiff,<br><br>  v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>        Defendant. | Case No.: 2:20-cv-02252-SU<br><br>**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL** |

Upon review of the Parties' Stipulated Motion for Dismissal with Prejudice of Defendant Capital One Bank (USA), N.A. ("Capital One") and good cause appearing

IT IS ORDERED that the Stipulation is GRANTED.

The above-entitled matter is hereby dismissed with prejudice as to Capital One, with the parties to bear their own attorneys' fees and costs. The Clerk of the Court shall terminate the action as there are no remaining defendants.

Dated:   3/29/2021

                                        /s/ Patricia Sullivan
                                        U.S. Magistrate Judge